# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-156-SVW (PJW) | Date | February 8, 2019 |
| Title | *Marvin Larry v. Santa Barbara County Sheriff, et al.* | | |

Present: The Honorable  Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    Order to Show Cause

On January 11, 2019, the Court issued an order requiring Corizon Health, Inc. to notify the Court by January 22, 2019, whether it will accept service of the summons and Third Amended Complaint on behalf of Corizon employees Vickie Love, N.P., Julie Foster, R.N., J. Richards, R.N., Robert Anderson, M.D., N. Carmillo, R.N., Laura Gillo, R.N., and Kiera Sutton, R.N. If Corizon Health, Inc. will not accept service on their behalf, Corizon was ordered to provide *in camera* the contact information for all seven employees so that the U.S. Marshal can mail them a copy of the summons and complaint and request that they waive service.

On January 23, 2019, Corizon filed a notice re service issues. (Doc. No. 69.) Corizon stated that it was not authorized to accept service on behalf of these seven employees. Corizon's counsel stated that he is attempting to ascertain their whereabouts and determine whether he may be authorized to accept service on their behalf.

**No later than February 19, 2019, Corizon is ordered to provide *in camera* the contact information for these Corizon employees or show cause for its failure to do so.** Should Corizon fail to do so by the deadline, sanctions may be imposed for failure to comply with the Court's order.